**LEVITT & KAIZER**
ATTORNEYS AT LAW
40 FULTON STREET
17th FLOOR
NEW YORK, NEW YORK 10038-1850

RICHARD WARE LEVITT*
rlevitt@landklaw.com

NICHOLAS G. KAIZER*
nkaizer@landklaw.com

ZACHARY SEGAL
zsegal@landklaw.com

EMILY GOLUB
of counsel
emilygolublaw@gmail.com

* ADMITTED IN NY FLA AND DC

TELEPHONE
(212) 480-4000

FACSIMILE
(212) 480-4444

April 12, 2024

Via ECF
Honorable Laura T. Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   *United States v. Gleen Anciro,*
      21-Cr-592-2 (LTS)

Dear Chief Judge Swain:

We represent Gleen Anciro in the above-captioned case. We write to the Court requesting that Ms. Anciro's conditions of pre-trial release be temporarily modified to permit her to travel to New Orleans between May 10 and May 17. Ms. Anciro's daughter is introducing her fiancée's family to hers in advance of Anciro's daughter's planned wedding. Pretrial Services does not object to his planned travel and the government defers to Pretrial. We have provided Ms. Anciro's itinerary to both Pretrial and the government.

Ms. Anciro is currently released on a $250,000 bond, secured by her home and her husband and daughter's signatures. She has travelled in the past without incident, including a month-long trip to the Philippines to visit her ailing mother.

Thank you for considering this request.

Respectfully,

*[signature]*

Nicholas G. Kaizer

cc:   AUSA Timothy Capozzi (via ECF and e-mail)
      USPTSO Robert Stehle  (Robert_Stehle@nyept.uscourts.gov)

The foregoing travel request is granted.  DE#296 resolved.
SO ORDERED.
April 12, 2024
/s/ Laura Taylor Swain, Chief USDJ