# LEVITT & KAIZER
### ATTORNEYS AT LAW
40 FULTON STREET
SUITE 1702
NEW YORK, NEW YORK 10038-1850

RICHARD WARE LEVITT*
rlevitt@landklaw.com

NICHOLAS G. KAIZER*
nkaizer@landklaw.com

ZACHARY SEGAL
zsegal@landklaw.com

TELEPHONE
(212) 480-4000

FACSIMILE
(212) 480-4040

\* ADMITTED IN NY, FLA., AND D.C.

July 14, 2025

Via ECF
Honorable Laura T. Swain
Chief Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

## MEMO ENDORSED

Re:   *United States v. Gleen Anciro,*
      21-Cr-592-2 (LTS)

Dear Chief Judge Swain:

We represent Gleen Anciro in the above-referenced case. Ms. Anciro is currently out on a $250,000 bond, secured by her husband and daughter. She is pending sentence.

I am writing the Court requesting that Ms. Anciro's conditions of pre-trial release be temporarily modified to permit her to travel to Miami for seven nights between July 20 and July 26 to have non-elective surgery, that is too costly here in New York. Neither the government nor pre-trial object to this requested travel. We will provide her complete itinerary to the government and to pre-trial.

Should the Court authorize this modification, we'd also request that pre-trial be authorized to release Ms. Anciro's passport to her (or to undersigned counsel) since she does not have a "Real ID" for travel. Her passport is the only document she has to permit her air travel. Ms. Anciro successfully travelled to the Philippines twice within the past two years to visit her ailing mother.

Thank you for considering this request.

Respectfully,

*[signature]*

Nicholas G. Kaizer

cc:   AUSA Timothy Capozzi (via ECF and e-mail)
      USPO Robert Stehle (robert_stehle@nyept.uscourts.gov)

The foregoing requests are granted.
SO ORDERED.
7/14/2025
/s/ Laura Taylor Swain, Chief USDJ