**LEVITT & KAIZER**
ATTORNEYS AT LAW
40 FULTON STREET
SUITE 1702
NEW YORK, NEW YORK 10038-1850

RICHARD WARE LEVITT*
rlevitt@landklaw.com

NICHOLAS G. KAIZER**
nkaizer@landklaw.com

ZACHARY SEGAL
zsegal@landklaw.com

* ADMITTED IN NY, FLA., AND D.C.
** ADMITTED IN NY AND D.C.

TELEPHONE
(212) 480-4000

FACSIMILE
(212) 480-4444

October 20, 2025

Honorable Laura T. Swain
Chief Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

## **MEMO ENDORSED**

Re:   *United States v. Gleen Anciro,*
      21-Cr-592-2 (LTS)

Dear Chief Judge Swain:

    We represent Gleen Anciro in the above-referenced case. Ms. Anciro is currently on pretrial release out on a $250,000 bond, secured by her husband and daughter. She is pending sentence.

    I am writing the Court on an **emergency basis** requesting that Anciro's conditions of pretrial release be modified to permit her to travel to the Philippines for up to three weeks to attend her father's funeral, He passed last night. She will also visit her mother in palliative care. Anciro would stay with her sister, in Quezon City, just north of Manila. We have spoken with the government and the government does not object. We have reached out to her EDNY Pretrial Officer, who said he will reach out to the SDNY. We haven't heard back from Pretrial but they have approved international travel in the past. Nonetheless, we thought it best to get this application into the Court as soon as possible. If this travel is granted, we will provide her complete itinerary to the government and to Pretrial.

    Should the Court authorize this modification, we'd also request that pre-trial be authorized to **immediately** release Ms. Anciro's passport to her (or to undersigned counsel). She would like to travel this Wednesday.

    Thank you for considering this request.

Respectfully,

*/s/ Nicholas Kaizer*

Nicholas G. Kaizer

cc:   AUSA Timothy Capozzi (via ECF and e-mail)
      USPO Robert Stehle (robert_stehle@nyept.uscourts.gov)

The foregoing request is granted.
SO ORDERED.
10/20/2025
/s/ Laura Taylor Swain, Chief USDJ