**LEVITT & KAIZER**
ATTORNEYS AT LAW
40 FULTON STREET
SUITE 1702
NEW YORK, NEW YORK 10038-1850

RICHARD WARE LEVITT*
rlevitt@landklaw.com

NICHOLAS G. KAIZER**
nkaizer@landklaw.com

ZACHARY SEGAL
zsegal@landklaw.com

\* ADMITTED IN NY, FLA., AND D.C.
\** ADMITTED IN NY AND D.C.

TELEPHONE
(212) 480-4000

FACSIMILE
(212) 480-4444

# <u>MEMO ENDORSED</u>

December 17, 2025

Honorable Laura T. Swain
Chief Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:    *United States v. Gleen Anciro,*
> <u>21-Cr-592-2 (LTS)</u>

Dear Chief Judge Swain:

We represent Gleen Anciro in the above-referenced case. Ms. Anciro is currently on pretrial release secured by a $250,000 bond. She is pending sentence.

I am writing the Court with the government and pretrial's consent for Ms. Anciro to spend Christmas Eve with family members (husband, daughter, son-in-law and his family) in Union City, New Jersey. We will provide her itinerary to Pretrial and to the government. If this travel is granted, she will return home before 2:00 AM on December 25.

Thank you for considering this request.

Respectfully,

Nicholas G. Kaizer

cc:    AUSA Timothy Capozzi (via ECF and e-mail)
USPO Robert Stehle (robert_stehle@nyept.uscourts.gov)

The foregoing request is granted.
SO ORDERED.
12/17/2025
/s/ Laura Taylor Swain, Chief USDJ