**LEVITT & KAIZER**
ATTORNEYS AT LAW
40 FULTON STREET
SUITE 1702
NEW YORK, NEW YORK 10038-1850

RICHARD WARE LEVITT*
rlevitt@landklaw.com

NICHOLAS G. KAIZER**
nkaizer@landklaw.com

ZACHARY SEGAL
zsegal@landklaw.com

\*  ADMITTED IN NY, FLA., AND D.C.
\*\* ADMITTED IN NY AND FLA.

TELEPHONE
(212) 480-4000

FACSIMILE
(212) 480-4444

February 3, 2026

Honorable Laura T. Swain
Chief Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    *United States v. Gleen Anciro,*
         21-Cr-592-2 (LTS)

Dear Chief Judge Swain:

We represent Gleen Anciro in the above-referenced case. Ms. Anciro is currently on pretrial release secured by a $250,000 bond. She is pending sentence.

I am writing the Court seeking permission for Ms. Anciro to visit Palm Springs, California, to celebrate her daughter's birthday with their extended family between February 21-28. Neither the government, nor Pretrial object to this planned travel. If permission to travel is granted we will provide her itinerary to Pretrial and to the government.

Thank you for considering this request.

Respectfully,

Nicholas G. Kaizer

cc:    AUSA Timothy Capozzi (via ECF and e-mail)
       USPO Robert Stehle (robert_stehle@nyept.uscourts.gov)

The foregoing request is granted.
SO ORDERED.
2/3/2026
/s/ Laura Taylor Swain, Chief USDJ