UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------X

UNITED STATES OF AMERICA

– v. -

GLEEN ANCIRO,

Defendant.

-------------------------------------X

**SEALED ORDER**

S1 21 Cr. 592 (LTS)

WHEREAS, an application has been made by the United States of America, with the defendant's consent, for (1) sealing the transcript of the April 17, 2023 proceeding in this case; sealing the filings made by the parties in connection with the April 17, 2023 proceeding, including the notice of intent to file an information form, the waiver of indictment form, the Superseding Information, and the cooperation agreement between the parties; and sealing this application and proposed order; and (2) delaying docketing of any items related to this defendant (including docketing of any filings made in connection with the April 17, 2023 proceeding and any future filings) until further order by this Court;

WHEREAS, the Court finds that the safety of the defendant and others may be placed at risk if the Government's application is not granted;

IT IS HEREBY ORDERED that (1) the transcript of the April 17, 2023 proceeding in this case; the filings made by the parties in connection with the April 17, 2023 proceeding, including the notice of intent to file an information form, the waiver of indictment form, the Superseding Information, and the cooperation agreement between the parties; and this application and proposed order shall be sealed; and (2) any items related to this defendant (including any filings made in connection with the April 17, 2023 proceeding and any future filings) in this case

shall not be docketed until further order by this Court; and

IT IS FURTHER ORDERED that counsel for the defendant and the Government may be provided a copy of the April 17, 2023 proceeding transcript without further Order of the Court; and

IT IS FURTHER ORDERED that counsel submit a joint status report on October 1, 2023, and each April 1 and October 1 thereafter as to whether there remains a need to maintain the sealed status of the foregoing materials.

SO ORDERED:

Dated: New York, New York
April 17, 2023

THE HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK